ELKIN | GAMBOA, LLP
Michael Elkin, Esq. (SBN 286862)
E-Mail: michael@elkingamboa.com
Jessica Gamboa, Esq. (SBN 285773)
E-Mail: jessica@elkingamboa.com
Benjamin McLain, Esq. (SBN 340091)
E-Mail: ben@elkingamboa.com
4119 W. Burbank Blvd, Suite 110
Burbank, California, 91505
Telephone: 323.372.1202
Facsimile: 323.372.1216

Kyle Todd (State Bar No. 286370)
kyle@kyletodd.com
**KYLE TODD, P.C.**
171 N Altadena Dr., Suite 270
Pasadena, CA 91107
Telephone: (323) 208-9171
Facsimile: (323) 693-0822

Attorneys for Plaintiff
TWINKLE TUTTLE

(Counsel for Defendants listed on following page)

| | |
|---|---|
| TWINKLE TUTTLE, an individual, and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>DVA RENAL HEALTHCARE, INC., a Corporation; DAVITA HEALTHCARE PARTNERS, INC., a Corporation; and DOES 1 through 50 inclusive<br><br>             Defendants. | Case No. 2:22-cv-07154-JGB (SPx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Date:       February 13, 2023<br>Time:       11:00 a.m.<br>Location:   Courtroom 1<br><br>Complaint Filed: August 10, 2022<br>Trial Date:      None<br>District Judge:  Hon. Jesus G. Bernal<br>                 Courtroom 1, Riverside<br>Magistrate Judge: Hon. Sheri Pym<br>                  Courtroom 3, Riverside |

| | |
|---|---|
| 1 | AARON H. COLE, CA Bar No. 236655<br>aaron.cole@ogletree.com |
| 2 | OMAR M. ANIFF, CA Bar No. 315446<br>omar.aniff@ogletreedeakins.com |
| 3 | CATHERINE L. BRACKETT, CA Bar No. 332918<br>catherine.brackett@ogletree.com |
| 4 | OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C. |
| 5 | 400 South Hope Street, Suite 1200<br>Los Angeles, CA 90071 |
| 6 | Telephone: 213-239-9800<br>Facsimile: 213-239-9045 |
| 7 | |
| 8 | Attorneys for Defendants<br>DVA RENAL HEALTHCARE, INC. and DAVITA INC. |

Case No. 2:22-cv-07154-JGB (SPx)

NOTICE OF SETTLEMENT

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Plaintiff Twinkle Tuttle and Defendants DVA Renal Healthcare, Inc. and DaVita Healthcare Partners, Inc. (collectively, the "Parties") have reached a settlement. The Parties are awaiting the final approval of the class-action settlement in the related Case No. 34-2022-00319163-CU-OE-GDS currently pending in the Superior Court of the County of Sacramento, and anticipate filing a request for voluntary dismissal within one hundred twenty (120) days.

DATED: July 3, 2025                    ELKIN | GAMBOA, LLP
                                       KYLE TODD, P.C.


                                       By: /s/ *Michael Elkin*
                                           Michael Elkin
                                           Jessica Gamboa
                                           Benjamin McLain
                                           Kyle Todd
                                       Attorneys for Plaintiff Twinkle Tuttle

DATED: July 3, 2025                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                       By: /s/ *Omar M. Aniff*
                                           Aaron H. Cole
                                           Omar M. Aniff
                                           Catherine L. Brackett

                                       Attorneys for Defendant DVA RENAL HEALTHCARE, INC. and DAVITA HEALTHCARE PARTNERS, INC.

# CERTIFICATE OF SERVICE

I, DANIELLE COHEN, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 4119 W. Burbank Blvd., Suite 110, Burbank, CA 91505. My email address is juan@elkingamboa.com.

On July 3, 2025, I caused to be served the foregoing document described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Aaron H Cole, Esq.<br>Omar M. Aniff, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>400 South Hope Street, Ste. 1200, Los Angeles, CA 90071 | Attorneys for Defendants DVA Renal Healthcare, Inc. and Davita Healthcare Partners, Inc.<br>T:  2132399800<br>E:  aaron.cole@ogletreedeakins.com, omar.aniff@ogletree.com, mimie.normis@ogletreedeakins.com, catherine.brackett@ogletreedeakins.com mirna.plascencia@ogletreedeakins.com |

☒ BY ELECTRONIC SERVICE; I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on July 3, 2025, at Burbank, California.

_____
Danielle Cohen