ELKIN | GAMBOA, LLP
Michael Elkin, Esq. (SBN: 286862)
   E-Mail: michael@elkingamboa.com
Jessica Gamboa, Esq. (SBN: 285773)
   E-Mail: jessica@elkingamboa.com
Benjamin McLain, Esq. (SBN: 340091)
   E-Mail: ben@elkingamboa.com
4119 W. Burbank Blvd, Suite 110
Burbank, California, 91505
Telephone: 323.372.1202
Facsimile: 323.372.1216

Attorneys for Plaintiff
TWINKLE TUTTLE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TWINKLE TUTTLE, an individual, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DVA RENAL HEALTHCARE, INC., a Corporation; DAVITA HEALTHCARE PARTNERS, INC., a Corporation; corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-07154-JGB-SP<br><br>Assigned to:<br>Hon. Jesus G. Bernal<br>Room: 1<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br>Action Filed:  January 7, 2022<br>Trial Date:     None Set |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of an negotiated settlement executed by them and approved by the Superior Court of the County of Sacramento in Case No. 34-2022-00319163-CU-OE-GDS, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| 1 | DATED: October 1, 2025 |
| 2 | |

                                        Respectfully Submitted,

                                        ELKIN | GAMBOA LLP

                                        By: _____
                                              Michael Elkin
                                              Benjamin McLain
                                              Attorneys for Plaintiff Twinkle Tuttle

DATED: October 1, 2025

                                        Respectfully Submitted,
                                        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

                                        By: /s/ Aaron Cole
                                              Aaron H. Cole
                                              Attorneys for Defendants DVA RENAL
                                              HEALTHCARE, INC. and DAVITA
                                              HEALTHCARE PARTNERS, INC.

## **SIGNATURE CERTIFICATION**

       Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the contents of this document are acceptable to Aaron H. Cole, counsel for Defendants DVA RENAL HEALTHCARE, INC. and DAVITA HEALTHCARE PARTNERS, INC., and that I have obtained authorization to affix his electronic signature to this document.

DATED: October 1, 2025

                                        ELKIN | GAMBOA LLP

                                        By: _____
                                              Michael Elkin
                                              Benjamin McLain
                                              Attorneys for Plaintiff Twinkle Tuttle

# CERTIFICATE OF SERVICE

I, DANIELLE COHEN, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 4119 W. Burbank Blvd, Suite 110, Burbank, CA 91505. My email address is danielle@elkingamboa.com.

On October 1, 2025, I caused to be served the foregoing document described as **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

| Aaron Cole, Esq.<br>Olgetree, Deakins, Nash, Smoak & Stewart, P.C.<br>400 South Hope Street, Suite 1200<br>Los Angeles, CA 90071 | Attorneys for Defendants DVA RENAL HEALTHCARE, INC. AND DAVITA HEALTHCARE PARTNERS, INC.<br>Tel: (213) 438-5846<br>Email: aaron.cole@ogletreedeakins.com<br>mimie.normis@ogletreedeakins.com<br>catherine.brackett@ogletreedeakins.com<br>mirna.plascencia@ogletreedeakins.com |
|---|---|

☒ BY ELECTRONIC SERVICE; I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 1, 2025, at Burbank, California.

_____
DANIELLE COHEN