1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| 11 — TWINKLE TUTTLE, an individual, and on behalf of all others similarly situated, | **Case No. 2:22-cv-07154-JGB-SP** |
| 12 — Plaintiffs, | |
| 13 | **ORDER DISMISSING THE ACTION WITH PREJUDICE** |
| 14 — vs. | |
| 15 — DVA RENAL HEALTHCARE, INC., a Corporation; DAVITA HEALTHCARE PARTNERS, INC., a Corporation; corporation; and DOES 1 through 50, inclusive, | |
| 17 — Defendants. | |

20

21

22    On October 01, 2025, the parties filed a Joint Stipulation to Dismiss Pursuant

23  to Rule 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, and pursuant

24  to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this

25  action with prejudice. Each Party shall bear its own attorneys' fees, expenses, and

26  costs.

27  / /

28

1   The Court DIRECTS the Clerk of Court to terminate all pending motions and deadlines and close

2    this case.

3

4        **IT IS SO ORDERED.**       By: _____

5   Dated: _November 21, 2025_        Hon. Jesus G. Bernal

                                      United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28